UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.D.B., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL., <br><br> Defendants. | Case No. 4:24-cv-4618-YGR <br><br> ORDER RE CONDUCT OF CASE |

The above-captioned case has been assigned to this Court. This action arises out of facts similar to that in an earlier filed action, namely, *M.R. v. Federal Correctional Institution "FCI" Dublin*, Case No. 22-cv-5137-YGR ("Lead Case").

All parties shall comply and are bound by this Court's prior orders in the Lead Case, including without limitation the Case Management and Pretrial Order, Dkt. Nos. 120 and 229, wherein the Court ordered that all cases for individual damages related to 22-5137 are STAYED until October 31, 2024. Parties in cases for individual damages are put on notice that the Court will later group cases to efficiently address joint issues. Moreover, as the Court has done for all cases previously, the Court allows plaintiff to maintain their anonymity.

Further, all parties are bound by orders issued by Magistrate Judge Tse, including the Stipulated Protective Order (Dkt No. 155) and the Privacy Act Order (Dkt. No. 156). All parties are referred to Magistrate Judge Spero who is conducting global settlement discussions.

IT IS SO ORDERED.

Date: October 22, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Judge Spero